DEN, Lessee of D. H. CAMPBELL, v. DANIEL HUFF.

EJECTMENT.—*Severance.   Taxation of costs.*

Where there has been a severance in ejectment, a separate taxation of costs in each case is proper.

This was an action of ejectment. At the return term, Huff, whose tenants were jointly sued · with one Gibson, was admitted to plead separately in the room and stead of his tenants. Gibson also pleaded for himself. The Clerk entered them as separate causes, and Campbell, the plaintiff, took out separate subpœnas in each case. Afterwards Huff compromised and confessed judgment for the costs of his case. He was charged with all the costs of witnesses · summoned in his case. Upon motion to retax the costs the Court below held that the defendant was properly charged.

REESE, J. :

The fact of several pleas does not make several causes in any case but ejectment, and does not in that action necessarily. But where different questions are involved between different · parties upon different titles, it is proper in ejectment to sever the causes. The parties having recognized in this case a severance, and acquiesced in it, are bound by their acquiescence, and the taxation was hence proper. Each party will pay full costs. (1)

*Judgment affirmed.*

(1) Splitting of cause of action and accumulation of costs. Dews v. Eastman, 5 Yerg. 298.

Separation of costs in same suit. Allison v. Thompson, 2 Swan 62 ; Boothe v. Cowan, 5 Sneed 354.

Several executions levied on same property, only one advertisement to be made and changed for. Arnold v. Dinsmore, 3 Cold. 235.